UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MAIROBY HERNANDEZ, Individually, and : 
On Behalf of All Others Similarly Situated, :
: Case No.: 1:22-cv-05598
Plaintiff, :
:
vs. :
:
: **NOTICE OF VOLUNTARY DISMISSAL**
:
WINE CHIPS, INC., :
:
Defendant. :
:
:
---------------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mairoby Hernandez hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Wine Chips, Inc.

DATED:  September 19, 2022    **MIZRAHI KROUB LLP**

           /s/ Edward Y. Kroub
           EDWARD Y. KROUB

EDWARD Y. KROUB
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*